**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Walter Mortgage Company, Respondent,

v.

Natasha L. Green and Shilon L. Green, Petitioners.

Appellate Case No. 2011-189826

Appeal From Chesterfield County
William O. Spencer, Jr., as Special Referee

Memorandum Opinion No. 2012-MO-044
Submitted October 17, 2012 – Filed October 24, 2012

**DISMISSED AS IMPROVIDENTLY GRANTED**

Natasha L. Green and Shilon L. Green, of McBee, *pro se*, Petitioner.

Charles Harry McDonald and Joseph Kershaw Spong, of Robinson McFadden & Moore, of Columbia, for Respondent.

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**